# ONE LEGAL LLC
## CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6657200 | Date: | 2/21/2008 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Customer | LEVIN SIMES KAISER & GORNICK, L | Attorney | Lawrence J. Gornick |
| Customer No. | 0050880 | Attorney e-mail | mmorrison@lskg-law.com |
| Address | 44 Montgomery Street | Contact | Leah K Sabel |
| | 36th Floor | Contact e-mail | lsabel@lskg-law.com |
| | San Francisco, CA  94104 | Contact Phone | 415-646-7176 |
| | | Contact Fax | 415-981-1270 |
| | | Law Firm File Number | 9000-Sanchez |

**Case Information:**

| | |
|---|---|
| Case Number | CV-08-0973 EMC |
| County | SAN FRANCISCO |
| Court | Northern District of California |
| Case Short Title | Joe V Sanchez vs. Bayer Healthcare Pharmaceuticals, Inc., et al. |

| Documents Received: | No. Docs: 10  No. Pgs: 64 |
|---|---|

Summons for Bayer Healthcare LLC, Summons for General Electric Company, Summons for GE Healthcare Inc., Summons for Tyco International, Inc., Summons for Covidien Inc., Summons for Tyco Healthcare Group LP, Summons for Mallinckrodt, Inc., Summons for Bracco Diagnostics, Inc., Summons for Bayer Healthcare Pharmmaceuticals, Inc., Civil Cover Sheet, Original Complaint - Demand for Jury Trial, Order Setting Case Management Conference and ADR Deadlines, U.S. District Court Northern California ECF REgistration Information Handout, Notice of Assignment of Case to a United States Magistrate Judge for Trial, and Proof of Service Via U.S. Mail

| Party to Serve: Bayer Healthcare Pharmaceuticals Inc. | Service address: 2730 GATEWAY OAKS DR STE 100 |
|---|---|

### This is a Confirmation Only.  Not an Invoice!

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 14.95 |
| | Check No. | Total: 14.95 |

Attached is your proof of service that is ready for filing in accordance with CRC2005.  If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
Sacramento Branch, Ph: 916-446-7666, Fx: 916-446-2111
Thank you for choosing One Legal for your process serving needs.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Lawrence J. Gornick, 136290<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street<br>San Francisco, CA 94104 | (415) 646-7160 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>9000-Sanchez | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Joe V Sanchez

DEFENDANT:

Bayer Healthcare Pharmaceuticals, Inc., et al.

| **PROOF OF SERVICE** | DATE:<br>May 21, 2008 | TIME:<br>12:30 pm | DEPT/DIV:<br>C | CASE NUMBER:<br>CV-08-0973 EMC |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons for Bayer Healthcare LLC, Summons for General Electric Company, Summons for GE Healthcare Inc., Summons for Tyco International, Inc., Summons for Covidien Inc., Summons for Tyco Helathcare Group LP, Summons for Mallinckrodt, Inc., Summons for Bracco Diagnostics, Inc., Summons for Bayer Helathcare Pharmmaceuticals, Inc., Civil Cover Sheet, Original Complaint - Demand for Jury Trial, Order Setting Case Management Conference and ADR Deadlines, U.S. District Court Northern

2. Party Served: Bayer Healthcare Pharmaceuticals Inc.

**BY FAX**

3. Person Served: CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: February 20, 2008    2:00 pm

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
SACRAMENTO, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2006-06

Tyler Dimaria
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on February 21, 2008 at Sacramento, California.

Signature: *[signature]*

Tyler Dimaria

FF# 6657200