# ONE LEGAL LLC
## CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6657205 | Date: | 2/21/2008 |
|---|---|---|---|

Customer: LEVIN SIMES KAISER & GORNICK, L
Customer No.: 0050880
Address: 44 Montgomery Street
36th Floor
San Francisco, CA  94104

Attorney: Lawrence J. Gornick
Attorney e-mail: mmorrison@lskg-law.com
Contact: Leah K Sabel
Contact e-mail: lsabel@lskg-law.com
Contact Phone: 415-646-7176
Contact Fax: 415-981-1270
Law Firm File Number: 9000-Sanchez

**Case Information:**

Case Number: CV-08-0973 EMC
County: SAN FRANCISCO
Court: Northern District of California
Case Short Title: Sanchez, et al. vs. Bayer Healthcare Pharmaceuticals, Inc., et al.

**Documents Received:**   No. Docs: 9   No. Pgs: 40

Summons, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Case Management Conference Order, Standing Order for all Judges of the Northern District, EFC Registration, Notice of Case Assignment, Consent to Proceed before a United States Magistrate Judge

Party to Serve: Covidien Inc.

Service address: 818 WEST SEVENTH STREET
LOS ANGELES, CA  90017

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 14.95 |
| | Check No. | Total: 14.95 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.

|   |   |
|---|---|
| 1 | Lawrence J. Gornick, Bar No: 136290    (415) 646-7160 |
| 2 | LEVIN SIMES KAISER & GORNICK, LLP |
|   | 44 Montgomery Street |
| 3 | San Francisco, CA 94104 |
| 4 | Representing: Plaintiff    File No.9000-Sanchez |

United States District Court

Northern District of California

BY FAX

Sanchez, et al.

        Plaintiff/Petitioner

vs

Bayer Healthcare Pharmaceuticals, Inc., et al.

        Defendant/Respondent

Case No: CV-08-0973 EMC

Proof of Service of:

Summons, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Case Management Conference Order, Standing Order for all Judges of the Northern District, EFC Registration, Notice of Case Assignment, Consent to Proceed before a United

Service on:

Covidien Inc.

Hearing Date:5/21/2008

Hearing Time:1:30 PM

Div/Dept:C

PROOF OF SERVICE

FF# 6657205

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Lawrence J. Gornick, 136290<br>LEVIN SIMES KAISER & GORNICK, LLP<br>44 Montgomery Street 36th Floor<br>San Francisco, CA 94104<br>TELEPHONE NO.: (415) 646-7160<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Sanchez, et al.<br>DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, Inc., et al. | CASE NUMBER:<br>CV-08-0973 EMC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>9000-Sanchez |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Case Management Conference Order, Standing Order for all Judges of the Northern District, EFC Registration, Notice of Case Assignment, Consent to Proceed before a United States Magistrate Judge

**BY FAX**

3. a. Party served: Covidien Inc.

   b. Person Served: CT Corporation, Wendy Mayorga - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 2/20/2008    (2) at (time): 1:45 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Covidien Inc.

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:    Jimmy Lizama
   b. Address:    One Legal - 194-Marin
              504 Redwood Blvd #223
              Novato, CA 94947
   c. Telephone number:    415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/21/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6657205