# ONE LEGAL LLC
## CONFIRMATION For **Service of Process**



| ONE LEGAL CONFIRMATION FOR ORDER NO: | 6657202 | Date: | 2/21/2008 |
|---|---|---|---|

Customer: LEVIN SIMES KAISER & GORNICK, L  
Customer No.: 0050880  
Address: 44 Montgomery Street, 36th Floor, San Francisco, CA 94104  

Attorney: Lawrence J. Gornick  
Attorney e-mail: mmorrison@lskq-law.com  
Contact: Leah K Sabel  
Contact e-mail: lsabel@lskq-law.com  
Contact Phone: 415-646-7176  
Contact Fax: 415-981-1270  
Law Firm File Number: 9000-Sanchez  

**Case Information:**

Case Number: CV-08-0973 EMC  
County: SAN FRANCISCO  
Court: Northern District of California  
Case Short Title: Sanchez vs. Bayer Healthcare Pharmaceuticals, Inc., et al.  

**Documents Received:** No. Docs: 9    No. Pgs: 40

Summons, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Case Management Conference Order, Standing Order for all Judges of the Northern District, EFC Registration, Notice of Case Assignment, Consent to Proceed before a United States Magistrate Judge

Party to Serve: General Electric Company    Service address: 818 WEST SEVENTH STREET, LOS ANGELES, CA 90017

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | CT-CSC | 14.95 |
| | Check No. | Total: 14.95 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.

1  Lawrence J. Gornick, Bar No: 136290        (415) 646-7160
   LEVIN SIMES KAISER & GORNICK, LLP
2  44 Montgomery Street
3  San Francisco, CA 94104

4  Representing: Plaintiff                    File No.9000-Sanchez

8                          United States District Court
9                          Northern District of California

12 | Sanchez
13 |
14 |         Plaintiff/Petitioner           )   Case No: CV-08-0973 EMC
15 |              vs                        )   Proof of Service of:
16 | Bayer Healthcare Pharmaceuticals, Inc., et al. )     Summons, Civil Cover Sheet, Complaint, Order
17 |                                        )   Setting Initial Case Management Conference and
   |         Defendant/Respondent           )   ADR Deadlines, Case Management Conference
18 |_____)    Order, Standing Order for all Judges of the
                                                Northern District, EFC Registration, Notice of Case
                                                Assignment, Consent to Proceed before a United
                                            Service on:
                                            General Electric Company

**BY FAX**

                                            Hearing Date:5/21/2008
                                            Hearing Time:1:30 PM
                                            Div/Dept:C

PROOF OF SERVICE

FF# 6657202

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Lawrence J. Gornick, 136290 <br> LEVIN SIMES KAISER & GORNICK, LLP <br> 44 Montgomery Street 36th Floor <br> San Francisco, CA 94104 <br> TELEPHONE NO.: (415) 646-7160 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Sanchez <br> DEFENDANT/RESPONDENT: Bayer Healthcare Pharmaceuticals, Inc., et al. | CASE NUMBER: <br> CV-08-0973 EMC |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 9000-Sanchez |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Civil Cover Sheet, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Case Management Conference Order, Standing Order for all Judges of the Northern District, EFC Registration, Notice of Case Assignment, Consent to Proceed before a United States Magistrate Judge

3. a. Party served: General Electric Company

   b. Person Served: CT Corporation - Wendy Mayorga - Person authorized to accept service of process

4. Address where the party was served: 818 WEST SEVENTH STREET
   LOS ANGELES, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 2/20/2008    (2) at (time): 1:45 PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   General Electric Company

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: Jimmy Lizama
   b. Address: One Legal - 194-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 14.95
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 2/21/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6657202