Frank C. Rothrock (SBN: 54552)
Thomas A. Woods (SBN: 210050)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92164-2546
Telephone:  (949) 475-1500
Facsimile:   (949) 475-0016
  twoods@shb.com

Attorneys for Defendants denominated "Tyco International, Inc.;" "Covidien, Inc.;" "Tyco Healthcare Group, LP;" and "Mallinckrodt, Inc."

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. CV 08-0973 (EMC)<br><br>**STIPULATION OF THE PARTIES RE: ENLARGEMENT OF TIME FOR DEFENDANTS DENOMINATED "TYCO INTERNATIONAL, INC.," "COVIDIEN, INC.," "TYCO HEALTHCARE GROUP, LP," AND "MALLINCKRODT, INC." TO FILE A RESPONSIVE PLEADING**<br><br>Complaint filed: February 15, 2008 |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

Consistent with Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the March 7, 2008 agreement between counsel for plaintiffs Joe and Sandra Sanchez and counsel for defendants denominated "Tyco International, Inc.;" "Covidien, Inc.;" "Tyco Healthcare Group, LP;" and "Mallinckrodt, Inc.," (hereinafter "Mallinckrodt"), it is hereby stipulated that

Mallinckrodt's response to plaintiffs' complaint is now due to be filed and served on or before April 11, 2008.

The parties further recognize that this enlargement of time to respond to plaintiffs' complaint does not interfere with any event or deadline already fixed by Court order. Specifically, the Court's Amended Order Setting Initial Case Management Conference, filed February 19, 2008, fixes the date for the parties' Fed. rule Civ. Proc. 26(f) Conference for May 7, 2008.

IT IS SO STIPULATED:

DATED: March 11, 2008                Respectfully submitted,

 

SHOOK, HARDY & BACON L.L.P.

By: ___s/ Frank C. Rothrock___
    FRANK C. ROTHROCK
    THOMAS A. WOODS
Attorneys for Defendants denominated "Tyco International, Inc.;" "Covidien, Inc.;" "Tyco Healthcare Group, LP;" and "Mallinckrodt, Inc."

DATED: March 11, 2008                LEVIN SIMES KAISER & GORNICK LLP

By: ___s/ Debra DeCarli___
    Lawrence J. Gornick
    Debra DeCarli
Attorneys for Plaintiffs Joe V. Sanchez and Sandra Sanchez