1  Frank C. Rothrock (SBN: 54552)
   Thomas A. Woods (SBN: 210050)
2  SHOOK, HARDY & BACON L.L.P.
   Jamboree Center
3  5 Park Plaza, Suite 1600
   Irvine, California 92164-2546
4  Telephone:  (949) 475-1500
   Facsimile:   (949) 475-0016
5  Email: twoods@shb.com

6  Attorneys for Defendants denominated "Tyco
   International, Inc.;" "Covidien, Inc.;" "Tyco
7  Healthcare Group, LP;" and "Mallinckrodt, Inc."

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 JOE V. SANCHEZ and SANDRA L.          Case No. CV 08-0973 (EMC)
   ROARTY-SANCHEZ,
11                                       **CERTIFICATE OF SERVICE**
                Plaintiffs,
12
          vs.
13                                       Complaint filed: February 15, 2008
   BAYER HEALTHCARE
14 PHARMACEUTICALS, INC.; BAYER
   HEALTHCARE LLC; GENERAL
15 ELECTRIC COMPANY; GE
   HEALTHCARE, INC.; TYCO
16 INTERNATIONAL, INC.; COVIDIEN,
   INC.; TYCO HEALTHCARE GROUP,
17 LP; MALLINCKRODT, INC.; and
   BRACCO DIAGNOSTICS, INC.
18
                Defendants.
19

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 5 Park Plaza, Suite 1600, Irvine, California 92614.

On March 11, 2008 I served on the interested parties in said action the within:

**STIPULATION OF THE PARTIES RE: ENLARGEMENT OF TIME FOR DEFENDANTS DENOMINATED "TYCO INTERNATIONAL, INC.," COVIDIEN , INC.," "TYCO HEALTHCARE GROUP, LP," AND "MALLINCKRODT, INC." TO FILE A RESPONSIVE PLEADING**

by placing a true copy thereof in a sealed envelope(s) addressed as stated on the attached mailing list.

☐ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (FAX) I caused such document(s) to be served via facsimile on the interested parties at their facsimile numbers listed above. The facsimile numbers used complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a report of the transmission, a copy of which is attached to the original of this declaration.

☒ (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Shook, Hardy & Bacon L.L.P.'s electronic mail system to the e-mail address(es) as stated on the attached service list.

☒ (ELECTRONIC FILING) I provided the document(s) listed above electronically through the CM/ECF system pursuant to the instructions set forth in the Local Rules for the United States District Court for the Northern District of California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 11, 2008, at Irvine, California.

/s/ Kim Brunton
KIM BRUNTON

CERTIFICATE OF SERVICE
Case No. CV08-0973 (EMC)

48050v1

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | Dennis J. Canty, Esq, |
| 3 | Lawrence J. Gornick, Esq. |
|   | Debra Irwin DeCarli, Esq. |
| 4 | LEVIN, SIMES, KAISER & GORNICK LLP |
|   | 44 Montgomery Street, 36th Floor |
| 5 | San Francisco, CA  94104 |
| 6 | |
|   | Tel:  (415) 646-7160 |
| 7 | Fax: (415) 981-1270 |
| 8 | Email: dcanty@lskg-law.com |
|   | Email: lgornick@lskg-law.com |
| 9 | Email: ddecarli@lskg-law.com |
|   | **Attorneys for Plaintiffs Joe Sanchez and** |
| 10 | **Sandra L. Roarty-Sanchez** |