RODNEY M. HUDSON (State Bar No. 189363)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS INC.
and BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., <br><br> Defendants. | Case No. CV-08-0973 (EMC) <br><br> **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS FOR HEALTHCARE PHARMACEUTICALS INC. AND BAYER HEALTHCARE LLC** <br><br> **(Pending Transfer to: In re: Gadolinium Contrast Dyes Products Liability Litigation, MDL No. 1909, N.D. Ohio)** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC make this their Corporate Disclosure Statement. Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer HealthCare LLC state that they are nongovernmental corporations.

Defendant Bayer HealthCare Pharmaceuticals Inc. is wholly owned by Schering Berlin, Inc. Schering Berlin, Inc. is wholly owned by Defendant Bayer HealthCare LLC. Defendant Bayer HealthCare LLC is wholly owned by Bayer Corporation. Bayer

Corporation is wholly owned by Bayer AG. Bayer AG is publicly traded in Germany and its American Depository shares are listed on the New York Stock Exchange.

No other publicly held company owns ten percent (10%) or more of the stock of Defendants Bayer HealthCare Pharmaceuticals Inc. or Bayer HealthCare LLC.

Dated: March __, 2008                    DRINKER BIDDLE & REATH LLP

---

RODNEY M. HUDSON

Attorneys for Defendants
BAYER HEALTHCARE PHARMACEUTICALS INC. and BAYER HEALTHCARE LLC