1  Deborah C. Prosser (SBN 109856)
   Stephanie A. Hingle (SBN 199396)
2  KUTAK ROCK LLP
   515 South Figueroa Street
3  Suite 1240
   Los Angeles, CA 90071-3329
4  Telephone:  (213) 312-4000
   Facsimile:  (213) 312-4001
5  Email:      Deborah.Prosser@KutakRock.com
   Email:      Stephanie.Hingle@KutakRock.com
6
   Attorneys for Defendants
7  GENERAL ELECTRIC COMPANY and
   GE HEALTHCARE INC.
8

9              UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

11

| 12 | JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ, | Case No. CV-08-0973 EMC |
|---|---|---|
| 13 |  |  |
|  | Plaintiffs, | **DEMAND FOR JURY TRIAL** |
| 14 |  |  |
|  | v. |  |
| 15 |  |  |
| 16 | BAYER HEALTHCARE PHARMACEUTICALS, INC.; |  |
| 17 | BAYER HEALTHCARE LLC; GENERAL ELECTRIC |  |
| 18 | COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, |  |
| 19 | INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; |  |
| 20 | MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC. |  |
| 21 |  |  |
|  | Defendants. |  |
| 22 |  |  |

23

24     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

25  RECORD:

26  ///

27  ///

28  ///

1   Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendants
2   General Electric Company and GE Healthcare, Inc. hereby demand a trial by jury
3   in the above-entitled action.

4   Dated: March 11, 2008                KUTAK ROCK LLP

6   By: /s/ Stephanie Hingle
7   Deborah C. Prosser
    Stephanie A. Hingle
    Attorneys for Defendants
8   GENERAL ELECTRIC COMPANY
    and GE HEALTHCARE INC.