Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA 90071-3329
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. CV-08-0973 EMC<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>[Jury Trial Demanded] |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this corporate disclosure statement is filed on behalf of Defendants General Electric Company and GE Healthcare, Inc.

1  General Electric Company is a publicly held entity. No entity owns 10% or
2  more of General Electric Company.
3  GE Healthcare, Inc. is a wholly owned subsidiary of General Electric
4  Company. No other public entity owns 10% or more of GE Healthcare, Inc.

5  Dated: March 11, 2008              KUTAK ROCK LLP

7  By: /s/ Stephanie Hingle
   Deborah C. Prosser
8  Stephanie A. Hingle
   Attorneys for Defendants
9  GENERAL ELECTRIC COMPANY
   and GE HEALTHCARE INC.