Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 South Figueroa Street
Suite 1240
Los Angeles, CA  90071-3329
Telephone:  (213) 312-4000
Facsimile:   (213) 312-4001
Email:         Deborah.Prosser@KutakRock.com
Email:         Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No.  CV-08-0973 EMC<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>**[Jury Trial Demanded]** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil L.R. 3-16, Defendants General Electric Company and GE Healthcare, Inc., by their undersigned attorney, hereby certify that the following listed parties have (i) have a financial interest in the subject matter in controversy or

in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: GENERAL ELECTRIC COMPANY, GE HEALTHCARE, INC. and ELECTRIC INSURANCE COMPANY. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

Dated: March 11, 2008                    KUTAK ROCK LLP

By: *[signature]*
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY
and GE HEALTHCARE INC.