TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>Defendants. | Case No. CV-08-0973 EMC<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD** |

STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD CV-08-0973 EMC

LAimanage/11255/00002/605345/1

1      Plaintiffs Joe V. Sanchez and Sandra L. Roarty-Sanchez and defendant Bracco Diagnostics Inc. by and through their respective counsel, hereby stipulate as follows:

    The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs' Complaint shall be extended to April 10, 2008. Plaintiffs' counsel authorized the stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email dated March 10, 2008, but is currently unavailable to execute the stipulation.

DATED: MARCH 11, 2008     TUCKER ELLIS & WEST LLP

By: _____
Aggie B. Lee
Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

DATED: MARCH __, 2008     LEVIN SIMES KAISER & GORNICK LLP

By: _____
Lawrence J. Gornick
Attorneys for Plaintiffs JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is Tucker Ellis & West LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

     On March 11, 2008, I served the foregoing document **STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD** by placing a true and correct copy of each document thereof, enclosed in a sealed envelope(s), addressed as follows:

Lawrence J. Gornick, Esq.　　　　*Attorneys for Plaintiffs Joe v. Sanchez*
Debra DeCarli, Esq.　　　　　　　*and Sandra L. Roraty-Sanchez*
LEVIN SIMES KAISER & GORNICK LLP
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel.: (415) 646-7160
Fax: (415) 981-1270

(XX)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( )  By fax transmission, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

( )  By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals so indicated at the address listed.

( )  By Overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es).

(XX)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on March 11, 2008 at Los Angeles, California.

*/s/ Stella Barnakian*
Stella Barnakian

11255.00003.605378.1

PROOF OF SERVICE