1   RODNEY M. HUDSON (State Bar No. 189363)
    DRINKER BIDDLE & REATH LLP
2   50 Fremont Street, 20th Floor
    San Francisco, California  94105-2235
3   Telephone: (415) 591-7500
    Facsimile: (415) 591-7510
4
    Attorneys for Defendants
5   BAYER HEALTHCARE PHARMACEUTICALS INC.
    and BAYER HEALTHCARE LLC
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  JOE V. SANCHEZ and SANDRA L.          Case No. CV-08-0973 (EMC)
    ROARTY-SANCHEZ,
12                                        **CERTIFICATE OF INTERESTED
                                          ENTITIES OR PERSONS FOR BAYER
13                Plaintiffs,             HEALTHCARE PHARMACEUTICALS
                                          INC. AND BAYER HEALTHCARE
14         v.                             LLC**

15  BAYER HEALTHCARE                      **(Pending Transfer to:  In re: Gadolinium
    PHARMACEUTICALS, INC.; BAYER          Contrast Dyes Products Liability
16  HEALTHCARE LLC; GENERAL               Litigation, MDL No. 1909, N.D. Ohio)**
    ELECTRIC COMPANY; GE
17  HEALTHCARE, INC.; TYCO                **[L.R. 3-16]**
    INTERNATIONAL, INC.; COVIDIEN,
18  INC.; TYCO HEALTHCARE GROUP, LP;
    MALLINCKRODT, INC.; and BRACCO
19  DIAGNOSTICS, INC.,

20                Defendants.

21

22         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

23  persons, associations of persons, firms, partnerships, corporations (including parent

24  corporations) or other entities (i) have a financial interest in the subject matter in

25  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

26  subject matter or in a party that could be substantially affected by the out come of this

27  proceeding:

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

1.  Schering Berlin, Inc.

2.  Bayer Healthcare, LLC

3.  Bayer Healthcare Pharmaceuticals Inc.

4.  Bayer Corporation

5.  Bayer AG

These representations are made to enable the Court to evaluate possible qualifications or recusal.


Dated: March 12, 2008                    DRINKER BIDDLE & REATH LLP

                                         /S/ Rodney M. Hudson
                                         RODNEY M. HUDSON

                                         Attorneys for Defendants
                                         BAYER HEALTHCARE
                                         PHARMACEUTICALS INC. and BAYER
                                         HEALTHCARE LLC