TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendant
BRACCO DIAGNOSTICS INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ, <br><br> Plaintiffs, <br><br> v. <br><br> BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC., <br><br> Defendants. | Case No. CV-08-0973 EMC <br><br> **STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD** ; ORDER |

I.Aimanage/11255/00002/605345/1

1      Plaintiffs Joe V. Sanchez and Sandra L. Roarty-Sanchez and defendant

2   Bracco Diagnostics Inc. by and through their respective counsel, hereby stipulate

3   as follows:

4      The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs'

5   Complaint shall be extended to April 10, 2008.   Plaintiffs' counsel authorized the

6   stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email

7   dated March 10, 2008, but is currently unavailable to execute the stipulation.

8

9   DATED: MARCH ll , 2008         TUCKER ELLIS & WEST LLP

10

11

12                                         By: _____

13                                         Aggie B. Lee
                                           Attorneys for Defendant
                                           BRACCO DIAGNOSTICS INC.
14

15

16   DATED: MARCH __, 2008         LEVIN SIMES KAISER & GORNICK LLP

17

18

19                                         By: _____

20                                         Lawrence J. Gornick
                                           Attorneys for Plaintiffs JOE V.
                                           SANCHEZ and SANDRA L.
21                                         ROARTY-SANCHEZ

22

23   IT IS SO ORDERED:

24

25

26   _____
     Edward M. Chen
27   U.S. Magistrate Judge

28

2.

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3          I declare that I am a citizen of the United States and a resident of Los Angeles, California
   or employed in the County of Los Angeles, State of California. I am over the age of
4  eighteen (18) and not a party to the within action. My business address is
   Tucker Ellis & West LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles,
5  California 90071-2223.

6          On March 11, 2008, I served the foregoing document **STIPULATION OF
   PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND
7  DEFENDANT'S TIME TO MOVE OR PLEAD** by placing a true and correct copy of each
   document thereof, enclosed in a sealed envelope(s), addressed as follows:

8

   Lawrence J. Gornick, Esq.                    ***Attorneys for Plaintiffs Joe v. Sanchez***
9  Debra DeCarli, Esq.                          ***and Sandra L. Roraty-Sanchez***
   LEVIN SIMES KAISER & GORNICK
10 LLP
   44 Montgomery Street, 36th Floor
11 San Francisco, CA 94104
   Tel.: (415) 646-7160
12 Fax: (415) 981-1270

13

14 **(XX)**  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United
          States mail at Los Angeles, California.

15
   ( )    By fax transmission, I caused the above-referenced document(s) to be transmitted to the
16         person(s) named above or on the attached service list at the facsimile numbers given
          thereat.

17
   ( )    By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals
18         so indicated at the address listed.

19 ( )    By Overnight courier, I caused the above-referenced document(s) to be delivered to an
          overnight courier service for delivery to the above address(es).
20

21 **(XX)**  I declare under penalty of perjury under the laws of the State of California that the above
          is true and correct.

22
          EXECUTED on March 11, 2008 at Los Angeles, California.
23

24

25                                                    _____
                                                      Stella Barnakian
26

27

28

---

**PROOF OF SERVICE**