Frank C. Rothrock (SBN: 54552)
Thomas A. Woods (SBN: 210050)
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92164-2546
Telephone: (949) 475-1500
Facsimile: (949) 475-0016
  twoods@shb.com

Attorneys for Defendants denominated "Tyco International, Inc.;" "Covidien, Inc.;" "Tyco Healthcare Group, LP;" and "Mallinckrodt, Inc."

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. CV 08-0973 (EMC)<br><br>**STIPULATION OF THE PARTIES RE: ENLARGEMENT OF TIME FOR DEFENDANTS DENOMINATED "TYCO INTERNATIONAL, INC.," "COVIDIEN, INC.," "TYCO HEALTHCARE GROUP, LP," AND "MALLINCKRODT, INC." TO FILE A RESPONSIVE PLEADING** ; ORDER<br><br>Complaint filed: February 15, 2008 |

TO THE COURT, THE PARTIES, AND ALL COUNSEL FOR THE PARTIES IN THIS CASE:

Consistent with Local Rule 6-1 of the U.S. District Court for the Northern District of California, and based on the March 7, 2008 agreement between counsel for plaintiffs Joe and Sandra Sanchez and counsel for defendants denominated "Tyco International, Inc.;" "Covidien, Inc.;" "Tyco Healthcare Group, LP;" and "Mallinckrodt, Inc.," (hereinafter "Mallinckrodt"), it is hereby stipulated that

1  Mallinckrodt's response to plaintiffs' complaint is now due to be filed and served
2  on or before April 11, 2008.
3      The parties further recognize that this enlargement of time to respond to
4  plaintiffs' complaint does not interfere with any event or deadline already fixed by
5  Court order. Specifically, the Court's Amended Order Setting Initial Case
6  Management Conference, filed February 19, 2008, fixes the date for the parties'
7  Fed. rule Civ. Proc. 26(f) Conference for May 7, 2008.
8      IT IS SO STIPULATED:

9
10 DATED: March 11, 2008                    Respectfully submitted,

11
12                                          SHOOK, HARDY & BACON L.L.P.

13                                          By:___s/ Frank C. Rothrock_____
14                                              FRANK C. ROTHROCK
                                                THOMAS A. WOODS
15                                          Attorneys for Defendants denominated
16                                          "Tyco International, Inc.;" "Covidien,
                                            Inc.;" "Tyco Healthcare Group, LP;" and
17                                          "Mallinckrodt, Inc."

18
   DATED: March 11, 2008                    LEVIN SIMES KAISER & GORNICK
19                                          LLP

20

21                                          By:_____s/ Debra DeCarli_____
22                                              Lawrence J. Gornick
                                                Debra DeCarli
23                                          Attorneys for Plaintiffs Joe V. Sanchez
                                            and Sandra Sanchez
24

25 IT IS SO ORDERED:

26
27 _____
28 Edward M.
   U.S. Magistrate

48037v1                                     - 2 -   STIPULATION TO ENLARGE TIME TO RESPOND TO COMPLAINT
48037v1                                             CASE NO. CV08-0973(EMC)