# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. 3:08-CV-00973 EMC<br><br>**ORDER TO STAY PROCEEDINGS PENDING DECISION ON APPLICATION TO TRANSFER TO MULTI-DISTRICT LITIGATION COURT** |

///
///
///
///
///
///

## ORDER

This action is hereby stayed in its entirety until a the Conditional Transfer Order is issued and becomes final, or until such time as this action is transferred to the previously established Multi-District Litigation ("MDL") court, whichever is later.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**