Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone: (213) 312-4000
Facsimile: (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. 3:08-CV-00973 EMC<br><br>**NOTICE OF RELATED CASE PURSUANT TO L.R. 83-1.3**<br><br>**[Jury Trial Demanded]** |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Local Rule 83-1.3 for the United States District Court, Central District of California, Defendants General Electric Company and GE Healthcare Inc. identify the following related cases

1 within the Central District:

    (1) *Montie Beckwith, et al. v. Bayer Healthcare Pharmaceutical, Inc., et al.*, Case No. 3:08-CV-1369 (JCS) (filed on or about March 10, 2008). Plaintiffs have brought a personal injury claim arising out of the administration of Gadolinium-based contrast agents ("GBCA") they claim were manufactured by GE Healthcare Inc. and other defendants. Plaintiffs assert traditional product liability claims against the defendants, including claims that the GBCA were defectively manufactured and accompanied by inadequate warnings.

    (2) *Amy Osborn, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.*, Case No. 3:08-cv-01368 (SI) (filed on or about March 10, 2008). Plaintiffs have brought a personal injury claim arising out of the administration of Gadolinium-based contrast agents ("GBCA") they claim were manufactured by GE Healthcare Inc. and other defendants. Plaintiffs assert traditional product liability claims against the defendants, including claims that the GBCA were defectively manufactured and accompanied by inadequate warnings.

    (3) *Paschal, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.*, Case No. 03:08-CV-01298 (EMC), (filed on or about March 5, 2008). Plaintiffs have brought a personal injury claim arising out of the administration of Gadolinium-based contrast agents ("GBCA") they claim were manufactured by GE Healthcare Inc. and other defendants. Plaintiffs assert traditional product liability claims against the defendants, including claims that the GBCA were defectively manufactured and accompanied by inadequate warnings.

///
///
///

(4) *Orellene Seabold, et al. v. Bayer Healthcare Pharmaceuticals, Inc., et al.*, Case No. 03:08-CV-01367 (EMC), (filed on or about March 10, 2008). Plaintiffs have brought a personal injury claim arising out of the administration of Gadolinium-based contrast agents ("GBCA") they claim were manufactured by GE Healthcare Inc. and other defendants. Plaintiffs assert traditional product liability claims against the defendants, including claims that the GBCA were defectively manufactured and accompanied by inadequate warnings.

Dated: March 26, 2008                    KUTAK ROCK LLP

By: _____
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY
and GE HEALTHCARE INC.