Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone:  (213) 312-4000
Facsimile:   (213) 312-4001
Email:  Deborah.Prosser@KutakRock.com
Email:  Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No. 3:08-CV-00973 (PJH)<br><br>**DEFENDANTS GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC.'S AMENDED NOTICE OF APPLICATION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL**<br><br>[Jury Trial Demanded]<br><br>Requested Hearing:<br><br>Date:    April 30, 2008<br>Time:   10:30 a.m.<br>Place:   USDC-Northern District<br>**Courtroom 3, 17th Floor**<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that the hearing on Defendants General Electric Company and GE Healthcare Inc.'s Application to Stay All Proceedings Pending Transfer to MDL has been rescheduled and will be held on the date originally

noticed (April 30, 2008), but in **Courtroom 3, 17th Floor**, before the Hon. Phyllis J. Hamilton of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California.

Dated: April 4, 2008

KUTAK ROCK LLP

By: *(signature)*
Deborah C. Prosser
Stephanie A. Hingle
Attorneys for Defendants
GENERAL ELECTRIC COMPANY
and GE HEALTHCARE INC.