Deborah C. Prosser (SBN 109856)
Stephanie A. Hingle (SBN 199396)
KUTAK ROCK LLP
515 So. Figueroa Boulevard, Suite 1240
Los Angeles, CA 90071
Telephone:   (213) 312-4000
Facsimile:    (213) 312-4001
Email: Deborah.Prosser@KutakRock.com
Email: Stephanie.Hingle@KutakRock.com

Attorneys for Defendants
GENERAL ELECTRIC COMPANY and
GE HEALTHCARE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOE V. SANCHEZ and SANDRA L. ROARTY-SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; TYCO INTERNATIONAL, INC.; COVIDIEN, INC.; TYCO HEALTHCARE GROUP, LP; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.<br><br>Defendants. | Case No.  3:08-CV-00973 (PJH)<br><br>**DEFENDANTS GENERAL ELECTRIC COMPANY AND GE HEALTHCARE INC.'S SECOND AMENDED NOTICE OF APPLICATION TO STAY ALL PROCEEDINGS PENDING TRANSFER TO MDL**<br><br>**[Jury Trial Demanded]**<br><br>Requested Hearing:<br><br>Date:       May 14, 2008<br>Time:      9:00 a.m.<br>Place:      USDC-Northern District<br>**Courtroom 3, 17th Floor**<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that the hearing on Defendants General Electric Company and GE Healthcare Inc.'s Application to Stay All Proceedings Pending Transfer to MDL has been rescheduled to May 14, 2008 in **Courtroom 3, 17th**

1  **Floor**, before the Hon. Phyllis J. Hamilton of the above-entitled court located at

2  450 Golden Gate Avenue, San Francisco, California.

3  Dated:  April 7, 2008                    KUTAK ROCK LLP

4

5                                          By: _Stephanie Hingle_____

6                                          Deborah C. Prosser
                                           Stephanie A. Hingle
7                                          Attorneys for Defendants
                                           GENERAL ELECTRIC COMPANY
8                                          and GE HEALTHCARE INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28