1  TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS-STATE BAR NO. 146904
2  MOLLIE BENEDICT-STATE BAR NO. 187084
AGGIE B. LEE-STATE BAR NO. 228332
3  515 South Flower Street
Forty-Second Floor
4  Los Angeles, CA 90071-2223
Telephone:  (213) 430-3400
5  Facsimile:  (213) 430-3409
michael.zellers@tuckerellis.com
6  mollie.benedict@tuckerellis.com
aggie.lee@tuckerellis.com
7
Attorneys for Defendant
8  BRACCO DIAGNOSTICS INC.

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  JOE V. SANCHEZ and SANDRA L.      )   Case No. CV-08-0973 PJH
    ROARTY-SANCHEZ,                   )
12                                    )
              Plaintiffs,             )   **STIPULATION OF PLAINTIFFS**
13                                    )   **AND DEFENDANT BRACCO**
                                      )   **DIAGNOSTICS INC. TO EXTEND**
         v.                           )   **DEFENDANT'S TIME TO MOVE**
14                                    )   **OR PLEAD**
    BAYER HEALTHCARE                  )
15  PHARMACEUTICALS, INC.; BAYER      )
    HEALTHCARE LLC; GENERAL           )
16  ELECTRIC COMPANY; GE              )
    HEALTHCARE, INC.; TYCO            )
17  INTERNATIONAL, INC.; COVIDIEN,    )
    INC.; TYCO HEALTHCARE GROUP,      )
18  LP; MALLINCKRODT, INC.; and       )
    BRACCO DIAGNOSTICS, INC.,         )
19                                    )
              Defendants.            )
20                                    )
                                      )
21  _____)

22

23

24

25

26

27

28

STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD CV-08-0973 PJH

LAimanage/11255/00003/606356/1

1       Plaintiffs Joe V. Sanchez and Sandra L. Roarty-Sanchez and defendant

2   Bracco Diagnostics Inc. by and through their respective counsel, hereby stipulate

3   as follows:

4       The time for Bracco Diagnostics Inc. to move or plead to Plaintiffs'

5   Complaint shall be extended to May 12, 2008.   Plaintiffs' counsel authorized the

6   stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email

7   dated March 20, 2008.

8   DATED:  APRIL 9, 2008                    TUCKER ELLIS & WEST LLP

9

10

11                                          By:     /s/ Aggie B. Lee
                                                    Aggie B. Lee
                                                    Attorneys for Defendant
12                                                  BRACCO DIAGNOSTICS INC.

13

14

15  DATED:  APRIL 9, 2008                    LEVIN SIMES KAISER & GORNICK LLP

16

17

18                                          By:     /s/ Lawrence J. Gornick
                                                    Lawrence J. Gornick
                                                    Attorneys for Plaintiffs JOE V.
19                                                  SANCHEZ and SANDRA L.
                                                    ROARTY-SANCHEZ

20

21

22

23

24

25

26

27

28

2.
STIPULATION OF PLAINTIFFS AND DEFENDANT BRACCO DIAGNOSTICS
INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD CV-08-0973 PJH
LAimanage/11255/00003/606356/1