Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that this instrument is a true and
correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 17 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION**

MDL No. 1909



(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008)  With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR - 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

## SCHEDULE CTO-2 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**                    **CASE CAPTION**

CALIFORNIA CENTRAL
~~CAC  2  08-1110~~                     ~~Priscilla Geffen, et al. v. General Electric Co., et al.~~ Opposed 3/28/08

CALIFORNIA NORTHERN
CAN  3  08-973                          Joe V. Sanchez, et al. v. Bayer Healthcare Pharmaceuticals Inc., et al.
CAN  3  08-974                          Karen Brown, etc. v. Bayer Healthcare Pharmaceuticals, Inc., et al.

NEW JERSEY
NJ    2  08-881                         Diane O'Reilly, etc. v. General Electric Co., et al.

OKLAHOMA NORTHERN
OKN  4  08-98                           Edyth Foster v. General Electric Co., et al.

PENNSYLVANIA EASTERN
PAE  2  08-1060                         Zbigniew Marcinczyk, et al. v. General Electric Co., et al.

RHODE ISLAND
RI    1  08-68                          John Smyth, et al. v. General Electric Co., et al.

TENNESSEE MIDDLE
TNM  3  08-172                          Sang Walker, etc. v. General Electric Co., et al.

TENNESSEE WESTERN
TNW  2  08-2104                         Thomas Lis, etc. v. General Electric Co., et al.

VIRGINIA WESTERN
VAW  5  08-15                           Herbert C. Eavers, Jr. v. Bayer Corp., et al.

WISCONSIN WESTERN
WIW  3  08-129                          Barbara Snyder, etc. v. General Electric Co., et al.