**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                      General Court Number
Clerk                                                         415.522.2000

April 9, 2008

United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 W. Superior Avenue
Cleveland, OH 44113-1837

RE: **In Re: Gadolinium Contrast Dyes Products Liability Litigation (MDL No. 1909)**
Our Case Number:  CV 08-00973 PJH  JOE V SANCHEZ, et al. -v- BAYER HEALTHCARE, et al.

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

☐        Certified copy of docket entries.

☐        Certified copy of Transferral Order.

☐        Original case file documents.

☒        Please access the electronic case file for additional pleadings you may need.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by:  Felicia Reloba
Case Systems Administrator

Enclosures
Copies to counsel of record

ADRMOP, CLOSED, E-Filing, TRANSF

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-00973-PJH
## Internal Use Only

Sanchez et al v. Bayer Healthcare Pharmaceuticals Inc. et al
Assigned to: Hon. Phyllis J. Hamilton
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/15/2008
Date Terminated: 04/09/2008
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Joe V. Sanchez**                    represented by    **Dennis J. Canty**
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
415-646-7160
Fax: 415-981-1270
Email: dcanty@lskg-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence J. Gornick**
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
415-646-7160
Fax: 415-981-1270
Email: lgornick@levinslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debra Irwin DeCarli**
Levin Simes Kaiser & Gornick LLP
44 Montgomery Street
36th Floor
San Francisco, CA 94104
415-646-7160
Fax: 415-981-1270
Email: ddecarli@lskg-law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra L. Roarty-Sanchez**                    represented by   **Dennis J. Canty**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Lawrence J. Gornick**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Debra Irwin DeCarli**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bayer Healthcare Pharmaceuticals Inc.**       represented by   **Rodney Michael Hudson, Esq.**
                                                                 Drinker Biddle & Reath LLP
                                                                 50 Fremont Street
                                                                 20th Floor
                                                                 San Francisco, CA 94105
                                                                 415-591-7500
                                                                 Fax: 415-591-7510
                                                                 Email: rodney.hudson@dbr.com
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Bayer HealthCare LLC**                        represented by   **Rodney Michael Hudson, Esq.**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**General Electric Company**                    represented by   **Deborah C. Prosser**
                                                                 Kutak Rock LLP
                                                                 515 S. Figueroa Street
                                                                 Suite 1240
                                                                 Los Angeles, CA 90071
                                                                 213-312-4000
                                                                 Fax: 213-312-4001
                                                                 Email: deborah.prosser@kutakrock.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Stephanie Achsah Hingle**
                                                                 Kutak Rock LLP
                                                                 515 S. Figueroa Street
                                                                 Suite 1240

Los Angeles, CA 90071-3329
213-312-4000 x4008
Fax: 213-312-4001
Email: Stephanie.Hingle@KutakRock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**GE Healthcare, Inc.**                represented by **Deborah C. Prosser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Achsah Hingle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tyco International, Inc.**

**Defendant**

**Covidien, Inc.**                represented by **Thomas Andrew Woods**
Shook, Hardy & Bacon LLP
5 Park Plaza, Suite 1600
Irvine, CA 92614
949-475-1500
Fax: 949-475-0016
Email: twoods@shb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tyco Healthcare Group LP**

**Defendant**

**Mallinckrodt Inc.**                represented by **Frank C. Rothrock**
Shook, Hardy & Bacon
5 Park Plaza
Suite 1600
Irvine, CA 92614
949-475-1500
Fax: 949-475-0016
Email: frothrock@shb.com
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Woods**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bracco Diagnostics, Inc.**

represented by **Aggie Byul Lee**
Tucker Ellis & West LLP
515 S. Flower Street
42nd Floor
Los Angeles, CA 90071-2223
213-430-3400
Email: aggie.lee@tuckerellis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2008 | 🔵 1 | COMPLAINT (no process) against Mallinckrodt Inc., Bracco Diagnostics, Inc., Bayer Healthcare Pharmaceuticals Inc., Bayer HealthCare LLC, General Electric Company, GE Healthcare, Inc., Tyco International, Inc., Covidien, Inc., Tyco Healthcare Group LP (Filing fee $ 350, receipt number 34611015891). Filed by Joe V. Sanchez, Sandra L. Roarty-Sanchez. (slh, COURT STAFF) (Filed on 2/15/2008) (far, COURT STAFF). (Entered: 02/20/2008) |
| 02/15/2008 | 🔵 2 | ADR SCHEDULING ORDER: Case Management Statement due by 5/14/2008. Case Management Conference set for 5/21/2008 01:30 PM. (Attachments: # 1 EMC Standing Order, # 2 Case Management Standing Order)(slh, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/20/2008) |
| 02/15/2008 | 🔵 | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/20/2008) |
| 02/19/2008 | 🔵 3 | **AMENDED** ADR SCHEDULING ORDER: Case Management Statement due by 5/21/2008. Case Management Conference set for 5/28/2008 01:30 PM. (slh, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/20/2008) |
| 02/19/2008 | 🔵 | Summons Issued as to Bayer Healthcare Pharmaceuticals Inc.. (slh, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/19/2008 | 🔵 | Summons Issued as to General Electric Company. (slh, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/19/2008 | 🔵 | Summons Issued as to GE Healthcare, Inc.. (slh, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/19/2008 | 🔵 | Summons Issued as to Tyco International, Inc.. (slh, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/19/2008 | 🔵 | Summons Issued as to Covidien, Inc.. (slh, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/19/2008 | 🔵 | Summons Issued as to Tyco Healthcare Group LP. (slh, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/19/2008 | 🔵 | Summons Issued as to Mallinckrodt Inc.. (slh, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |
| 02/19/2008 | 🔵 | Summons Issued as to Bracco Diagnostics, Inc.. (slh, COURT STAFF) (Filed on 2/19/2008) (Entered: 02/21/2008) |

| 02/22/2008 | 4 | CERTIFICATE OF SERVICE by Joe V. Sanchez, Sandra L. Roarty-Sanchez (Canty, Dennis) (Filed on 2/22/2008) (Entered: 02/22/2008) |
|---|---|---|
| 02/22/2008 | 5 | CERTIFICATE OF SERVICE by Joe V. Sanchez, Sandra L. Roarty-Sanchez (Canty, Dennis) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 6 | CERTIFICATE OF SERVICE by Joe V. Sanchez, Sandra L. Roarty-Sanchez *Bracco Diagnostics Inc.* (Canty, Dennis) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 7 | CERTIFICATE OF SERVICE by Joe V. Sanchez, Sandra L. Roarty-Sanchez re Summons Issued *GE Healthcare Group LP* (Canty, Dennis) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 8 | CERTIFICATE OF SERVICE by Joe V. Sanchez, Sandra L. Roarty-Sanchez re Summons Issued *Mallinckrodt Inc.* (Canty, Dennis) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 9 | CERTIFICATE OF SERVICE by Joe V. Sanchez, Sandra L. Roarty-Sanchez re Summons Issued *Tyco Healthcare Group, LP* (Canty, Dennis) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 10 | CERTIFICATE OF SERVICE by Joe V. Sanchez, Sandra L. Roarty-Sanchez re Summons Issued *General Electric Company* (Canty, Dennis) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 03/11/2008 | 11 | STIPULATION *For Enlargment of Time to File Responsive Pleading* by Mallinckrodt Inc.. (Rothrock, Frank) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 12 | CERTIFICATE OF SERVICE by Mallinckrodt Inc. re 11 Stipulation (Rothrock, Frank) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 13 | ANSWER to Complaint with Jury Demand byBayer HealthCare LLC. (Hudson, Rodney) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 14 | ANSWER to Complaint with Jury Demand byBayer Healthcare Pharmaceuticals Inc.. (Hudson, Rodney) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 15 | Certificate of Interested Entities by Bayer Healthcare Pharmaceuticals Inc., Bayer HealthCare LLC identifying Corporate Parent Bayer Healthcare Pharmaceuticals, Inc. for Bayer HealthCare LLC, Bayer Healthcare Pharmaceuticals Inc.. (Hudson, Rodney) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 16 | NOTICE by Bayer Healthcare Pharmaceuticals Inc., Bayer HealthCare LLC *of Pendeny of Other Actions or Proceedigns for Defendants* (Hudson, Rodney) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 17 | ANSWER to Complaint byGeneral Electric Company, GE Healthcare, Inc.. (Hingle, Stephanie) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 18 | DEMAND for Trial by Jury by General Electric Company, GE Healthcare, Inc.. (Hingle, Stephanie) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 19 | Corporate Disclosure Statement by General Electric Company, GE Healthcare, Inc. (Hingle, Stephanie) (Filed on 3/11/2008) Modified on 3/12/2008 (slh, COURT STAFF). (Entered: 03/11/2008) |

| 03/11/2008 | 20 | Certificate of Interested Parties by General Electric Company, GE Healthcare, Inc. (Hingle, Stephanie) (Filed on 3/11/2008) Modified on 3/12/2008 (slh, COURT STAFF). (Entered: 03/11/2008) |
|---|---|---|
| 03/11/2008 | 21 | STIPULATION *Stipulation of Plaintiffs and Defendant Bracco Diagnostics Inc. to Extend Defendant's Time to Move or Plead* by Bracco Diagnostics, Inc.. (Lee, Aggie) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | | (Court only) ***Attorney Deborah C. Prosser for General Electric Company and GE Healthcare, Inc. added. (far, COURT STAFF) (Filed on 3/11/2008) (Entered: 04/07/2008) |
| 03/12/2008 | 22 | Certificate of Interested Entities by Bayer Healthcare Pharmaceuticals Inc., Bayer HealthCare LLC (Hudson, Rodney) (Filed on 3/12/2008) (Entered: 03/12/2008) |
| 03/12/2008 | 23 | *Corporate Disclosure Statement* by Bayer Healthcare Pharmaceuticals Inc., Bayer HealthCare LLC(Hudson, Rodney) (Filed on 3/12/2008) Modified on 3/13/2008 (slh, COURT STAFF). (Entered: 03/12/2008) |
| 03/17/2008 | 24 | ORDER re 21 Stipulation filed by Bracco Diagnostics, Inc.. Signed by Judge Edward M. Chen on 3/17/08. (bpf, COURT STAFF) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 03/17/2008 | 25 | ORDER re 11 Stipulation filed by Mallinckrodt Inc.. Signed by Judge Edward M. Chen on 3/17/08. (bpf, COURT STAFF) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 03/26/2008 | 26 | MOTION to Stay *All Proceedings Pending Transfer to MDL* filed by General Electric Company, GE Healthcare, Inc.. Motion Hearing set for 4/30/2008 10:30 AM in Courtroom C, 15th Floor, San Francisco. (Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Exhibit "C", # 4 Exhibit "D")(Hingle, Stephanie) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 27 | Proposed Order re 26 MOTION to Stay *All Proceedings Pending Transfer to MDL* by General Electric Company, GE Healthcare, Inc.. (Hingle, Stephanie) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 28 | NOTICE by General Electric Company, GE Healthcare, Inc. *of Related Case Pursuant to L.R. 83-1.3* (Hingle, Stephanie) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 29 | NOTICE by General Electric Company, GE Healthcare, Inc. *of Multidistrict Litigation Transfer Order and Conditional Transfer Order* (Attachments: # 1 Exhibit "A")(Hingle, Stephanie) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 04/03/2008 | 30 | Declination to Proceed Before a U.S. Magistrate Judge by Mallinckrodt Inc., Covidien, Inc.. (Woods, Thomas) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 31 | CERTIFICATE OF SERVICE by Mallinckrodt Inc., Covidien, Inc. re 30 Declination to Proceed Before a U.S. Magistrate Judge (Woods, Thomas) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 32 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 33 | CERTIFICATE OF SERVICE by Mallinckrodt Inc., Covidien, Inc. re 30 Declination to Proceed Before a U.S. Magistrate Judge (Woods, Thomas) (Filed on 4/3/2008) (Entered: 04/03/2008) |

| 04/04/2008 | 34 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Judge Magistrate Judge Edward M. Chen no longer assigned to the case. Signed by Executive Committee on 4/4/08. (mab, COURT STAFF) (Filed on 4/4/2008) (Entered: 04/04/2008) |
|---|---|---|
| 04/04/2008 | 35 | CASE MANAGEMENT SCHEDULING ORDER: Case Management Conference set for 5/29/2008 02:30 PM. Case Management Statement due by 5/23/2008.. Signed by Judge Phyllis J. Hamilton on 4/4/08. (fj, COURT STAFF) (Filed on 4/2/2008) (Entered: 04/04/2008) |
| 04/04/2008 | 36 | AMENDED NOTICE re 26 MOTION to Stay All Proceedings Pending Transfer to MDL filed by General Electric Company, GE Healthcare, Inc. Motion Hearing set for 4/30/2008 10:30 AM in Courtroom 3, 17th Floor, San Francisco.(Hingle, Stephanie) (Filed on 4/4/2008) Modified on 4/7/2008 (far, COURT STAFF). (Entered: 04/04/2008) |
| 04/04/2008 | 37 | **ERRONEOUSLY E-FILED, DUPLICATE OF DOC 36** AMENDED NOTICE re 26 MOTION to Stay All Proceedings Pending Transfer to MDL filed by General Electric Company, GE Healthcare, Inc. Motion Hearing set for 4/30/2008 10:30 AM in Courtroom 3, 17th Floor, San Francisco. (Hingle, Stephanie) (Filed on 4/4/2008) Modified on 4/7/2008 (far, COURT STAFF). Modified on 4/7/2008 (far, COURT STAFF). (Entered: 04/04/2008) |
| 04/04/2008 | | Set/Reset Deadlines as to 26 MOTION to Stay *All Proceedings Pending Transfer to MDL*. Motion Hearing set for 4/30/2008 10:30 AM in Courtroom 3, 17th Floor, San Francisco. (far, COURT STAFF) (Filed on 4/4/2008) (Entered: 04/07/2008) |
| 04/04/2008 | | (Court only) ***Motions terminated: 37 Amended Notice re 26 MOTION to Stay All Proceedings Pending Transfer to MDL filed by GE Healthcare, Inc., General Electric Company. (far, COURT STAFF) (Filed on 4/4/2008) (Entered: 04/07/2008) |
| 04/07/2008 | 38 | CLERK'S NOTICE re: Complaint 1 ; Failure to E-File and/or Failure to Register as an E-Filer (far, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/08/2008 | 39 | SECOND AMENDED NOTICE re 26 Application to Stay All Proceedings Pending Transfer to MDL filed by General Electric Company, GE Healthcare, Inc.. Motion Hearing set for 5/14/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Hingle, Stephanie) (Filed on 4/8/2008) Modified on 4/9/2008 (far, COURT STAFF). (Entered: 04/08/2008) |
| 04/08/2008 | | (Court only) ***Motions terminated: 39 Second Amended Notice re 26 Application to Stay All Proceedings Pending Transfer to MDL filed by GE Healthcare, Inc., General Electric Company. (far, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/09/2008) |
| 04/08/2008 | | Set/Reset Deadlines as to 26 MOTION to Stay *All Proceedings Pending Transfer to MDL*. Motion Hearing set for 5/14/2008 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (far, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/09/2008) |
| 04/09/2008 | 40 | STIPULATION *TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD* by Bracco Diagnostics, Inc.. (Lee, Aggie) (Filed on 4/9/2008) (Entered: 04/09/2008) |
| 04/09/2008 | 41 | CONDITIONAL TRANSFER ORDER (CTO-2) before the United States Judicial Panel on Multidistrict Litigation TRANSFERRING CASE to the Northern District of Ohio and assigned to Judge Polster (MDL No. 1909, In Re: Gadolinium Contrast Dyes Products Liability Litgation) Signed For The Panel: Jeffery N. Luthi, Clerk of the Panel. |

| | | (far, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/09/2008) |
|---|---|---|
| 04/09/2008 | 42 | CLERK'S LETTER to the U.S.D.C. Northern District of Ohio re transfer of case. (far, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/09/2008) |