United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE V. SANCHEZ,

    Plaintiff,

    v.

BAYER HEALTHCARE PHARMACEUTICALS, INC., et al.,

    Defendants.
_____/

No. C 08-0973 PJH

**ORDER**

    Defendants have filed a notice or notices of related case in the above-entitled action and in case Nos. C-08-1298 CW, C-08-1367 MMC, C-08-1368 SI, C-08-1369 JSW, and C-08-1831 EMC. This action, the lowest-numbered of these six cases, was transferred to the Northern District of Ohio on April 9, 2008, pursuant to an order issued by the MDL Panel. Thus, as this action is no longer on the docket of the undersigned judge, the request to relate the cases is DENIED.

**IT IS SO ORDERED.**

Dated: April 9, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge